UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:15-cr-243-CEH-TGW

KEVIN WAIN

_____

**FINAL REVOCATION HEARING**

Pursuant to the Report and Recommendation on Violation of Supervised Release of the United States Magistrate Judge (Doc. 94) entered August 9, 2022, a Final Revocation Hearing was previously scheduled for September 23, 2022 at 11:00 AM before the undersigned and will proceed as scheduled.

**DONE and ORDERED** in Tampa, Florida this 29th day of August 2022.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services